RECEIVED E.C
12/22/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MATTIE LOMAX**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD JARDIN/ D/B/A/ GOOD ENERGY HOLDINGS et al,**<br><br>**Defendants** | Case No. **1:22-CV-07277**<br><br>**JUDGE BUCKLO**<br>**MAGISTRATE JUDGE JANTZ**<br><br>**RANDOM** |

### PLAINTIFFS' COMPLAINT /MOTION TO REMOVE CIVIL CASE UNDER 28 U.S.C. § 1404(a)

Plaintiff, Mattie Lomax, Tenant of Good Energy Holdings et al / d/b/a/ Richard Jardin owner and property manager 6553 S. Dr. Martin Luther King Dr., Apt. 1-N. Chicago, IL 60637 (collectively), "Plaintiff), by and through her Pro Se litigation, respectfully request that this Court remove this matter to the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a). Plaintiff submits the following in support:

On September 7, 2022, Plaintiffs Mattie Lomax was denied due process in a civil case regarding the Defendants Richard Jardin owner of Good Energy Holdings et al / stating that the Plaintiff, you did not served him right, in which his attorney was peasants at hearing and mute Plaintiff out of the hearing, stating, I ain't got time for this, waving her hand to the left. Mattie Lomax, (Tenant) sued to enforce rights of her claims for violation of the Fair Housing act for breach of contract, intentional deception of deceit in an attempt to assassinate plaintiff in a apartment rental.

Plaintiffs' move this Complaint to the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a) as the proper forum for this suit due to discrimination.

Plaintiff incorporate by reference her complaint filed on September 9, 2022 and exhibits filed in Support of Motion to Transfer Venue under 28 U.S.C. § 1404(a).

WHEREFORE, Plaintiff respectfully request that this Court grant Plaintiff Motion to remove this cause of action under 28 U.S.C. § 1404(a), and grant other relief as this Court deems proper.

Date: December 22, 2022

Mattie Lomax/ Pro Se/ Litigant
P.O. Box 21986
Chicago, Illinois 60621
Tele: 773-412-9187
Email: akalomax@gmail.com

## CERTIFICATE OF SERVICE

I, Mattie Lomax/ Pro See/ Litigant, certify that I caused a copy of the Plaintiff Motion to remove this civil action under 28 U.S.C. § 1404(a) to be served by United States Marshals Service upon Defendants: RICHARD JARDING/ D/B/A/ GOOD ENERGY HOLDINGS et al, at 5235 N. Ravenswood Ave., Apt. 11, Chicago, Illinois, 60607.

Date: December _____, 2022

_____
Mattie Lomax/ Pro Se / Litigant