[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION



MATTIE T LOMAX
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 1:22-cv-07277 _____

(To be supplied by the Clerk of this Court)

RICHARD JARDIN/D/B/A/ GOOD
_____

ENERGY HOLDING / FRANCISCO LAY/
_____

CHICAGO POLICE/ INVESTIGATOR
_____

SERGEANT JOHN O'DONNELL
_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**PLAINTIFF SECOND/**

**AMENDED COMPLAINT**

**CHECK ONE ONLY:**

___X___   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: Mattie T Lomax

B.  List all aliases: _____

C.  Prisoner identification number: _____

D.  Place of present confinement: _____

E.  Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Richard Jar dn

Title: Owner of rental property

Place of Employment: 5235 N. Ravenswood Ave., Apt 11, Chicago, IL 60607

B.  Defendant: Francisco Lay

Title: Maintenance personal

Place of Employment: Good Energy Holdings

C.  Defendant: Sergeant John O'Donnell

Title: Chicago Police Sergeant

Place of Employment: East 71st Street & South Cottage Avenue

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.**   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: Mattie T. Lomax/ 1:22-cv-4527

B.   Approximate date of filing lawsuit: DECEMBER 27. 2022

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases:

D.   List all defendants: MLC PROPERTIES & MGMT.INC,IVY PARK

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Chicago, IL/ Cook County

F.   Name of judge to whom case was assigned: Associate Judge Jean Golden

G.   Basic claim made: Deceptive business practices of violation of fair housing act

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Yes

I.   Approximate date of disposition:

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including, names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On September 7, 2021, Plaintiff Mattie Lomax met with the agent of the rental property, Lath Fremiller at 6553 S. Martin Luther King Drive to view the apartment for rent under the Section 8 program. Plaintiff ask the agent before she start filling out the application do the person upstairs work? His responded was yes while standing in the kitchen as the agent looked on. (See Exhibit-A agent business card) Plaintiff movedn on November 30, 2021.  As soon as the Plaintiff moved in the owner tenants started harassing her for sex and continuously harassing Ms. Lomax tapping on her ceiling, small of dog pop, human pop. Using a machine tapping on her ceiling in which would be his floor, dropping heavy objects on the floor.

Plaintiff reported the acts to the Defendant and his response, that it was not illegal for the tenant to tap on her ceiling in which was sexual harassment for prostitution in which he has in which he has no control of his bowels. The agent lied about the rental and wanted only her housing voucher. Plaintiff was verbally assaulted by the tenant across the hallway by using a broom that was left by the management company, in which she said it was her. Yelling out her window, I'll beat your ass in which the front of the builden was full of trash next to the curb in front of the Plaintiff window and needed to be clean because Francisco Lay dose nothing for the property to keep clean. (See Exhibits-BB) again requesting to be release from her contract. (See Exhibit-H) in which there is a lot of prostitution on the property and the owner know about the act because he has cameras in the alley and the

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

front of the builden. Plaintiff filed a complaint against the owner and his tenants that was constantly harassing her for sex in which was intentional harassment because the tenants have nothing to do everyday but look out of the window waitting for Plaintiff to come back so they could run down the stairs to meet her and she became annoying with their actions. And had odors on them passing by her front door she would small the odors from inside her apartment. In filing plaintiff complaint the Judge stated that the plainiff did not served the defendants right, in which the defendants were served right, (See Exhibits-V) were served right, so why was the defendant attorney present? On July 28, 2022 . Plaintff called the maintenance man, Francisco Lay because her toilet was not flashing, he came next day with a red tool box and was trying to unclog the stopped up toilet but the next day it was clog up again, Plaintiff call Francisco and stated that a plumber need to come, He said that he would get on it right away. (See Exhibit-M) On August 3, 2022 Francisco Lay again came to plaintiff apartment with out a plumber. Plaintiff ask were was the plumber? He stated that we have been trying to contact you. Plaintiff stated, Sir, I have been here waittng for you and you can not come in with-out a plumber. On the same day he had plaintiff online portal account deactivated in which her toilet was never fix from July 28, 22 until she moved out on February 3,2023. Francisco Lay was using the broken toilet as alibi to keep coming to the Plaintiffs apartment to seduce her into a sex act wth him. inaddition to the act toward Plaintiff, On November 4, 2022 Defendant paid a planclothers Chicago Police officer to Plaintiff apartment, she notice a light gray Ford parked in the alley on the other side of his vehicle talking on his cell phone looking over his vehicle towards the Plaintiff. All of a sudden he came around his vehicle with his right hand in his pocket/ Next page

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Looking directly at the Plaintiff. Plaintiff thought to herself, this doesn't look right and close her door. He proceeded to knock on her door. Plaintiff stated what do you want? He said, I need to talk to you, Plaintiff stated, I don't know you and if you don't get away from my door I will call the police, He said that he was the police. Plaintiff then said I will call internal affairs. He then went around to Plaintiff front door and knock again. Plaintiff was terrorized and emotional stress knowing that it was the Defendants paid for the acts against the Plaintiff in whom the plan cloth officer was to arrest her and remove her Personal property out of her apartment in which she is a witness of Francisco Lay destructive eviction from another tenant. (See Exhibit-X-Y). As this court can see that the Defendants pray off of persons That received the section-8 housing voucher. (See Exhibit-Z) Also the court Take notice of Exhibit-AA and Exhibit-BB.

Mattie Lomax

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Plaintiff seeks relief from both of the Defendants, $2,000,000.00 and $1,000,000.00 from the Chicago Police Depart.
in which the owner paid a officer to come to her apartment to commit a act of tort so the owner could throw out her
personal property just like he throw out another person property and soon after a truck came a pick up her property
She also seeks punitive damages for all that are involved with the wrong acts toward the Plaintiff.

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 10th day of February , 20 23

_Mattie T. Lomax_
(Signature of plaintiff or plaintiffs)

Mattie T. Lomax
(Print name)

(I.D. Number)

P.O. Box 21986

Chicago, IL 60621
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# EXHIBIT-Y

john.

M

Compose

Inbox           4,649
Starred
Snoozed
Important
Chats
Sent
Drafts          114
All Mail
Spam            1,614
Trash
Categories
  Social        6,265
  Updates       166,959
  Forums        12,372
  Promotions    166,482
  More

Labels

Back    Archive    Spam    Delete    |    Mark as unread    Snooze    Add to tasks    |    Move to Inbox    Labels    More

## Chicago Police Complaint.    Inbox ×

O Donnell, John M. <John.ODonnell@chicagopolice.org>
to me

Good evening Miss Lomax. This is Sgt. O'Donnell #984 of the Chicago Police Department. I am conducting the investigatio
(312) 747-8201 2-9pm.

Thank you,

Sgt. O'Donnell #984
Accountability Sergeant
003rd District

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged a
this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any disseminatio
thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permane
thereof.

( Reply )    ( Forward )



PLAINTIFF'S
EXHIBIT

# EXHIBIT-Z



**BGA** | **Better Government Association**
Illinois' Non-Partisan Full-Service Watchdog

**PLAINTIFF'S EXHIBIT**
_____

**Investigation**

*Amend. to complaint*
*2 week*

# CHA Tenants Shiver, City Sues Landlords

City Hall filed more than 200 lawsuits this year against landlords for inadequate heat.
Dozens of those cases involve buildings subsidized through the Chicago Housing
Authority.

By **Tim Novak** and **Chris Fusco**, Chicago Sun-Times / Apr 25, 2016 6:00 AM

*In By - Sept 7, 20*
*Court - Sept. 8, 2022*
*Date 9:30 AM*



Two tenants who lost heat in their apartments, where rent is subsidized through the CHA. | Ashlee Rezin / Sun-Times

Eighty-seven-year-old Ernestine Davis says she spent most of January wrapped in a
quilted robe and huddled near her gas oven because the heat was out at the South
Side apartment she leases with the help of a Chicago Housing Authority voucher.

*Look - up*

It was 29 degrees outside on Jan. 13 when city building inspectors showed up and found the temperature inside her South Shore apartment was just 54 degrees.

Davis, who lives alone, had been relying on her stove, an electric space heater and extra clothing to try to stay warm.

"I had a long quilted robe, jogging pants, socks and pajamas," she says. "I was running my little heater and my stove. I never came up in the front part of the house."

## Related Article: Cashing In On The CHA

City Hall sued her landlord for violating Chicago's heat ordinance, which requires landlords to keep apartments at a minimum of 68 degrees during the day and 66 degrees at night between Sept. 15 and June 1.

The lawsuit was one of 209 that city lawyers have filed against landlords this year over a lack of heat.

>> **Complete coverage | Beyond the Rubble: Life After the CHA Upheaval**

Thirty-four of those heat cases involved buildings where the CHA subsidizes rents through "housing choice vouchers," commonly known as Section 8, a Chicago Sun-Times and Better Government Association investigation found. Those suits involved 94 voucher households with a total of 207 tenants, CHA records show.

Case: 1:22-cv-07277 Document #: 10 Filed: 02/10/23 Page 13 of 36 PageID #:34

"We take these complaints seriously, and our inspection process is designed to ensure properties are in compliance with program guidelines," says Molly Sullivan, a spokeswoman for the CHA.

Sullivan says the agency "inspects every occupied . . . unit on an annual basis and conducts special complaint inspections when a complaint is received. If a unit repeatedly fails a series of inspections, CHA will suspend payment to the owner and give the tenant the opportunity to move to a new unit."

A week after City Hall building inspectors visited Davis' first-floor apartment in the 7400 block of South Chappel Avenue, city lawyers sued her landlord, Randolph Lewis. As a result, a Cook County judge appointed a third-party receiver, Globetrotters Engineering Corp., to put in a new boiler, as well as smoke and carbon-monoxide detectors.



*The heat was out for several weeks last winter at this building, center, in the 7400 block of South Chappel Avenue, forcing 87-year-old Ernestine Davis to use her oven to try to stay warm. | Ashlee Rezin / Sun-Times*

Case: 1:22-cv-07277 Document #: 10 Filed: 02/10/23 Page 14 of 36 PageID #:35

Lewis, 88, doesn't live in the building, where two of the three apartments were occupied. Davis' upstairs neighbor also was without heat.

Davis says the heat didn't come back on until sometime in February.

"They got everything new," says Davis. "It stays warm now."

Still, after 24 years in the apartment on South Chappel, she says, "I'm ready to move. But it's hard to move. I just had two hip replacements."

## Related Article: Comfortable Apartment, But 'Neighborhood Is Trouble'

Lewis, who couldn't be reached for comment, paid $58,000 for the building in 1992, records show. He charges Davis $821 a month in rent, with the CHA covering 83 percent of that through the voucher program.

In another case, the CHA cut off the rent for 28 days on a second-floor apartment in a three-flat in the 1500 block of South Hamlin Avenue where all the tenants had vouchers. The heat was out when city inspectors showed up on Dec. 29. They found the voucher tenant on the second floor using her stove to heat her apartment and another voucher-holder, on the third floor, relying on a portable space heater, records show.

A voucher-holder who lives on the first floor, Luisa Torres, says she had no heat for Thanksgiving or Christmas.

Case: 1:22-cv-07277 Document #: 10 Filed: 02/10/23 Page 15 of 36 PageID #:36



*Luisa Torres at her home in the 1500 block of South Hamlin Avenue. | Ashlee Rezin / Sun-Times*

"We basically slept in the kitchen, with the oven on, with the kids," says Torres, the mother of two teenagers.

All of the tenants pay for their own heat. But Torres says the furnace wasn't working because of an electrical problem.

Preston Letts, whose company manages the building, says the problems with the heat began shortly before Christmas and repairs kept failing because of an electrical problem with Commonwealth Edison. Letts says the heat was fixed by mid-January.

Still, the city sued the building owner, Vision Home Sales II of Las Vegas, on Feb. 11. The case was dismissed March 3.

Sullivan says Torres' apartment failed several CHA inspections before passing on March 22, though Torres says she still has roaches in her kitchen and bedbugs.



"I don't know how this passed inspection," Torres says.

*Click for more on the Sun-Times/BGA housing series*

Sullivan says the CHA cut off the rent for 28 days for the second-floor apartment over heating and other issues including roaches. The apartment, which remains occupied by three people, has yet to pass inspection "due to deficiencies on behalf of the landlord and the tenant," according to Sullivan.

As of January, Vision Home Sales II of Las Vegas had been collecting $3,235 a month in rent from the building, with the CHA covering 88 percent of that.



Case: 1:22-cv-07277 Document #: 10 Filed: 02/10/23 Page 17 of 36 PageID #:38

Shortly after Christmas, the heat went out in the Englewood six-flat where Mileissa Weddle, above, lives. "The landlord put a sign on the door that the heat was going to be off for a couple of days, but it was longer than that," Weddle says. | Ashlee Rezin / Sun-Times

Shortly after Christmas, the heat went out in the Englewood six-flat where Mileissa Weddle lives with her parents and siblings. They are one of four voucher households living there.

"The landlord put a sign on the door that the heat was going to be off for a couple of days, but it was longer than that," Weddle says. "No hot water either. The landlord provided us with space heaters. It was cold. It almost felt like we were outside."

When city inspectors showed up on Jan. 12, they found it was 58 degrees inside the building. Two days later, city lawyers sued the owner. A judge dismissed the heat case on Feb. 11.



BEYOND THE RUBBLE
LIFE AFTER THE CHA UPHEAVAL
A SUN-TIMES/BGA SPECIAL REPORT

"The heat was out because we were in the process of installing the gas meters," says Dimitre Dragotchev, a Glenview resident whose company owns the building near 66th and Stewart. "I thought it was going to last one day. It turned out it lasted a week. It was the coldest time of the year."

Dragotchev paid $47,500 for the building in May 2014 and has rehabbed it. He collects $4,052 a month from his voucher tenants, with the CHA covering 91 percent of that.

Case: 1:22-cv-07277 Document #: 10 Filed: 02/10/23 Page 18 of 36 PageID #:39

Six CHA voucher-holders living in another six-flat on the South Side had to use stoves and electrical heaters for heat for several days in January when the boiler went out at their South Shore building, according to the city's lawsuit.

It was 54 degrees in a first-floor apartment when city inspectors arrived at the building on Jan. 21. City Hall sued four days later. A judge dismissed the case on Feb. 9.

## RELATED STORIES

*CHICAGO'S PUBLIC HOUSING DIVIDE — MARCH 13, 2016*

*HOW HOUSING CHOICE AID PROGRAM WORKS — MARCH 13, 2016*

*YOU PAID TO BUILD THEM, NOW YOU PAY TO LEASE THEM — MARCH 14, 2016*

*EMANUEL BLASTS CHA VOUCHER PROGRAM AS POLICY 'GONE AWRY' — MARCH 16, 2016*

*CHA MOVES TO STRIP AID FROM SUSPECT IN GYM MURDER — MARCH 20, 2016*



# EXHIBIT-K



Este documento se puedo traducir,

Para adquirir la version traducida, por favor comuniquese al 312-935-2600

## COMPLAINT INSPECTION FAIL NOTICE - PARTICIPANT

*If you need this document in a different language or **larger font** or if you need a reasonable accommodation (persons with disabilities), please call 312-935-2600 or TTY: 312-461-0079. Advance notice of seven days is required in order to arrange for interpreter services.*

July 26, 2022

Mattie Lomax
6553 S King Dr Apt 1N
Chicago,Il 60637-5620

Voucher #: T0146990

Re: Inspection ID: 2362688

Dear Mattie Lomax:

On 07-22-2022, a Special inspection was conducted on your property located at:

**6553 S King Dr Apt 1N**

Unfortunately, this inspection resulted in a Fail rating per HQS. A summary of the inspection report is included on the back of the notice and is also available at **www.CHAinspections.org.** The following corrections must be made within the timeframe specified below.

☐ **24-Hour Life Threatening Conditions** - Repairs must be made within 24 hours of CHA notification. In accordance with CHA Policy, you were previously notified in person or via telephone of the date and time of the next inspection.

       ☐ **Property Owner Responsibility**       ☐ **Participant Responsibility**

☑ **Non-Life Threatening Conditions** - Repairs must be made within the specified timeframe. CHA has scheduled a re-inspection to be conducted on:

    Date:    08/19/2022

    Time:   We will contact you via an automated voice message, at least 24 hours in advance, with an estimated time frame of your next inspection.

    ID:    2363233

    ☑ **Property Owner Responsibility**       ☐ **Participant Responsibility**

☐ **Damages/Conditions Caused by Participant** - CHA will provide partcipants the opportunity to address deftciencies, in accordance with the lease, ift an inspecton ftailure is due to damages caused by them or their guests Life threatening repairs must be made within 24 hours and all others within the specifted tme ftrame Ift the repairs are not made within this tme ftrame CHA will begin terminaton proceedings . CHA will make no further payments after a partcipant is terminated.

Rev. 04182019, Eff. 04222019, CHA-0161: Inspect Pass/Fail Ltr



**Inspection Report**

Page 2 of 2

Inspection Date: 08-19-2022
Inspection ID: 2363233

*Visit the CHA HCV Owner Portal at thecha.org/hcvportal to view inspection results and appointments,*
*download your HAP statements, track moves, and submit any inspections-related documentation. You can*
*also visit the CHA Inspections Portal at chainspections.org to view inspection results and appointments.*

Summary of Inspection Findings for Mattie Lomax / 6553 S King Dr Apt 1N

Owner - Bathroom 1 - Toilet Does Not Flush - Flush Toilet - -
Owner - Bathroom 1 - Toilet is Backing-up - Flush Toilet - -
Owner - Bathroom 1 - Toilet is Stopped-up - Flush Toilet - -
Owner - Health and Safety - No working toilet in unit - Emergency Items on Inspection - -
Owner - Kitchen - Broken/Missing Tile - Floors - hallway and kitchen -
Owner - Kitchen - Loose/Rotting Floor Boards - Floors - hallway and kitchen -

# EXHIBIT-L

**CHA**
CHICAGO HOUSING
AUTHORITY

Este documento se puedo traducir,

Para adquirir la version traducida, por favor comuniquese al

INSPECTION PASS NOTICE - PARTICIPANT

*If you need this document in a different language or **larger font** or if you need a reasonable accommodation*
*(persons with disabilities), please call 312-935-2600 or TTY: 312-461-0079. Advance notice of seven days is*
*required in order to arrange for interpreter services.*

July 27, 2022

Mattie Lomax
6553 S King Dr Apt 1N
Chicago,Il 60637-5620

Voucher #: T0146990

Re: Inspection ID: 2362822

Dear Mattie Lomax:

On 07-25-2022,  a Reinspection inspection was conducted on your property located at:

**6553 S King Dr Apt  1N** .

The inspection was conducted in accordance with Housing Quality Standards (HQS) per the U.S. Department of Housing and
Urban Development (HUD) regulations.

The  inspection resulted in a Pass rating per HQS.

**NOTE:** All inspection series may be subject to random Quality Control inspections by CHA or HUD.

If you have any questions, please contact the CHA Customer Call Center at 312-935-2600 or hcv@thecha.org.

CHA will continue to send more and more information via e-mail and through phone reminders. Therefore, it
is important that we have your correct contact information in our system. Our records indicate the following:

Phone:  (773) 412-9187

E-mail: akalomax@gmail.com

If this information is incorrect, please contact the CHA Customer Call Center as soon as possible to update.

*This is when he brother a Tool in a Red Box to unstop the Tolite and next Day the Tolite was Back stopped up,*

Rev. 04182019, Eff. 04222019, CHA-0162: Inspect Pass/Fail Ltr

**PLAINTIFF'S EXHIBIT**

**Inspection Report**

Page 3 of 3

Inspection Date: 07-22-2022
Inspection ID: 2362688

*Visit the CHA HCV Owner Portal at thecha.org/hcvportal to view inspection results and appointments,*
*download your HAP statements, track moves, and submit any inspections-related documentation. You can*
*also visit the CHA Inspections Portal at chainspections.org to view inspection results and appointments.*

Summary of Inspection Findings for Mattie Lomax / 6553 S King Dr  Apt  1N

Owner - Bathroom 1 - Toilet Does Not Flush - Flush Toilet -  -
Owner - Bathroom 1 - Toilet is Backing-up - Flush Toilet -  -
Owner - Bathroom 1 - Toilet is Stopped-up - Flush Toilet -  -
Owner - Health  and  Safety - No working toilet in unit - Emergency Items on Inspection -  -
Owner - Kitchen - Broken/Missing Tile - Floors - hallway and kitchen -
Owner - Kitchen - Loose/Rotting Floor Boards - Floors - hallway and kitchen -

# EXHIBIT-M



fcolay@gmail.com

| From ▾ | Any time ▾ | Has attachment | To ▾ | Advanced search |

Refresh    More                                                        1–8 of 8

**F**    Francisco Lay                    fcolay@gmail.com

me, Housing 6        **Toilet is still back up** - Don't take my kindness for weakness/ Ms. Lomax ---------- ...

Draft                (no subject)

no-reply, me 2    Updates    Filing Accepted for Case: 20221108878; MATTIE LOMAX-vs-GOOD ENERG...

Francisco, me 7        **Hello Ms Mattie** - fcolay@gmail.com> wrote: Hello Ms Lomax, Jim is from our team, ...

Francisco .. Draft 6    Inbox  Updates    **Rent relief** - fcolay@gmail.com> I'm finished filling out the docume...

me                    **toilet is still not working**

no-reply, me 2    Updates    Filing Submitted for Case: 20221108878; MATTIE LOMAX-vs-GOOD ENER...

me                    **Bad neighbor across the hall and upstairs** - You need to tell your tenant, the lady a...

18.49 GB of 100 GB used

Terms · Privacy · Program Policies                          Last account activity: ·

**PLAINTIFF'S EXHIBIT**
M



FILED
7/26/2022 11:04 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20221108878
18836941

PLAINTIFF'S
EXHIBIT

# EXHIBIT-N

*August 01, 22*



**CHA**
CHICAGO HOUSING
AUTHORITY™

Este documento se puedo traducir,
Para adquirir la version traducida, por favor comuniquese al 312-935-2600

COMPLAINT INSPECTION FAIL NOTICE - PARTICIPANT

*If you need this document in a different language or **larger font** or if you need a reasonable accommodation (persons with disabilities), please call 312-935-2600 or TTY: 312-461-0079. Advance notice of seven days is required in order to arrange for interpreter services.*

August 01, 2022

Mattie Lomax
6553 S King Dr Apt 1N
Chicago,Il 60637-5620

Voucher #: T0146990

Re: Inspection ID: 2363797

Dear Mattie Lomax:

On 07-28-2022, a Special Inspection was conducted on your property located at:

**6553 S King Dr Apt 1N**

Unfortunately, this inspection resulted in a Fail rating per HQS. A summary of the inspection report is included on the back of the notice and is also available at **www.CHAinspections.org.** The following corrections must be made within the timeframe specified below.

☐ **24-Hour Life Threatening Conditions** - Repairs must be made within 24 hours of CHA notification. In accordance with CHA Policy, you were previously notified in person or via telephone of the date and time of the next inspection.

    ☐ Property Owner Responsibility     ☐ Participant Responsibility

☑ **Non-Life Threatening Conditions** - Repairs must be made within the specified timeframe. CHA has scheduled a re-inspection to be conducted on:

Date:   08/25/2022

Time:   We will contact you via an automated voice message, at least 24 hours in advance, with an estimated time frame of your next inspection.

ID:   2364359

    ☑ Property Owner Responsibility     ☐ Participant Responsibility

☐ **Damages/Conditions Caused by Participant** - CHA will provide partcipants the opportunity to address deftciencies, in accordance with the lease, ift an inspecton ftailure is due to damages caused by them or their guests Lifte threatening repairs must be made within 24 hours and all others within the specifted tme ftrame. Ift the repairs are not made within this tme ftrame CHA will begin terminaton proceedings. CHA will make no flurther payments after a partcipant is terminated.



Rev. 04182019, Eff. 04222019, CHA-0161: Inspect Pass/Fail Ltr



**CHA**
CHICAGO HOUSING
AUTHORITY

Este documento se puedo traducir,
Para adquirir la version traducida, por favor comuniquese al 312-935-2600

☑ **Damages/Conditions Caused by Property Owner** - CHA will provide property owners the opportunity to address deficiencies in accordance with the terms of the HAP Contract. Life threatening repairs must be made within 24 hours and all others within the specified time frame. Failure to repair deficiencies may result in an abatement. The effective date of this abatement would be **09/01/2022.** Note: If payments are abated for 60 days without the deficiencies being remedied, the HAP Contract for either each non-compliant unit(s) or all units shall be terminated accordingly. You are prohibited from requiring the participant to pay any amounts withheld by CHA.

☐ **Building Code Violations** - All non-life threatening deficiencies that are related to the participant's unit, common areas, building systems and/or which impact the health and safety of the participant and/or his/her household members, must be corrected within the specified time frame of the date of this correspondence or CHA will abate HAP on the unit. It is the obligation of the property owner to provide documentation to CHA that the deficiencies have been corrected. Please submit proof of the correction(s) by fax to 312-786-3387 or email to hcvpinspections@thecha.org.

***If a regular inspection fails, and the inspector goes to the unit for a re-inspection but no one is present, the unit will automatically fail and may go into abatement if the inspection is not rescheduled and passed prior to the expiration of the cure period.***

If you have questons , please contact the Inspectons Department at  312-935-2600 or hcvpinspectons@thecha. org.

CHA will continue to send more and more information via e-mail and through phone reminders. Therefore, it is important that we have your correct contact information in our system. Our records indicate the following:

Phone:   (773) 412-9187
E-mail:  akalomax@gmail.com

If this information is incorrect, please contact the CHA Customer Call Center as soon as possible to update.

Inspection Report

Page 3 of 3

Inspection Date: 07-28-2022
Inspection ID: 2363797

*Visit the CHA HCV Owner Portal at thecha.org/hcvportal to view inspection results and appointments,
download your HAP statements, track moves, and submit any inspections-related documentation. You can
also visit the CHA Inspections Portal at chainspections.org to view inspection results and appointments.*

Summary of Inspection Findings for Mattie Lomax / 6553 S King Dr  Apt  1N

Owner - Bathroom 1 - Toilet Does Not Flush - Flush Toilet -  -
Owner - Bathroom 1 - Toilet is Backing-up - Flush Toilet -  -
Owner - Bathroom 1 - Toilet is Stopped-up - Flush Toilet -  -
Owner - Health  and  Safety -  - Other Hazards - dog feces present in rear yard -

# EXHIBIT-O



*Aug 3, 22*

**CHA**
CHICAGO HOUSING
AUTHORITY

Este documento se puedo traducir,

Para adquirir la version traducida, por favor comuniquese al

### RE-INSPECTION FAIL NOTICE - PARTICIPANT

*If you need this document in a different language or **larger font** or if you need a reasonable accommodation (persons with disabilities), please call 312-935-2600 or TTY: 312-461-0079. Advance notice of seven days is required in order to arrange for interpreter services.*

August 03, 2022

Mattie Lomax

6553 S King Dr Apt 1N

Chicago,Il 60637-5620

Voucher #: T0146990

Re: Inspection ID: 2364359

Previous Inspection ID: 2363797

Dear Mattie Lomax:

On 08-02-2022,a re-inspection was conducted at:

**6553 S King Dr Apt 1N**

This Inspection was conducted o determine whether or not the required repairs noted during a previous inspection were in compliance with the Housing Quality Standards (HQS).

Unfortunately, this re-inspection resulted in a Fail rating per HQS. A summary of the inspection report is included on the back of this notice and also available at www.CHAinspections.org.

Because your property did not pass re-inspection, the Chicago Housing Aughority (CHA) will take the following action depenþding on whether the Owner or Participant is responsible for the HQS violation(s).

☑  **Only the property owner is responsible for the violation(s)** - the Owner's Housing Assistance Payment (HAP) will be abated **effective  09/01/2022.**  You have the right to request moving papers at this time.

☐  **Only the participant is responsible for the violation(s)**  - an Intent to Terminate Notice will be sent indicating that CHA has begun termination proceedings. Your rights to an Informal Hearing will be included.

***If a regular inspection fails, and the inspector goes to the unit for a re-inspection but no one is present, the unit will automatically fail and may go into abatement if the inspection is not rescheduled and passed prior to the expiration of the cure period.***

If you have questons , please contact the Inspectons Department at  312-935-2600 or hcvpinspectons@thecha. org.

Rev. 04182019, Eff. 04222019, CHA-0163: Inspect Pass/Fail to

**PLAINTIFF'S EXHIBIT**
O

**Inspection Report**

Page 2 of 2

Inspection Date: 08-02-2022
Inspection ID: 2364359

*Visit the CHA HCV Owner Portal at thecha.org/hcvportal to view inspection results and appointments,*
*download your HAP statements, track moves, and submit any inspections-related documentation. You can*
*also visit the CHA Inspections Portal at chainspections.org to view inspection results and appointments.*

Summary of Inspection Findings for Mattie Lomax / 6553 S King Dr Apt  1N

Owner - Bathroom 1 - Toilet Does Not Flush - Flush Toilet - toilet continues to fill up once flushed -
Owner - Bathroom 1 - Toilet is Backing-up - Flush Toilet - toilet continues to fill up once flushed -
Owner - Bathroom 1 - Toilet is Stopped-up - Flush Toilet - toilet continues to fill up once flushed -

# EXHIBIT-P

Case: 1:22-cv-07277 Document #: 10 Filed: 02/10/23 Page 36 of 36 PageID #:57

 Gmail

Stop By Mattie's House <akalomax@gmail.com>

## Good Energy Homes - Online Portal Account Deactivated

2 messages

**Good Energy Homes** <donotreply@onlineportal.appfolio.com>       Wed, Aug 3, 2022 at 8:36 AM
To: akalomax@gmail.com



Hello Mattie Lomax,

This is a courtesy notification that your online portal account
(akalomax@gmail.com) has been deactivated.

Any scheduled or automatic payments that were set up have been
canceled.

If you believe this deactivation was made in error, please contact us as
soon as possible.

Thank you for choosing Good Energy Homes.

Good Energy Homes

(800) 434-8159

www.gehomes.com

---

**Stop By Mattie's House** <akalomax@gmail.com>       Thu, Aug 4, 2022 at 7:18 AM
To: Housing Choice Voucher Call Center Email <hcv@thecha.org>

Good Morning CHA/
This is to inform you that I am being harassed by emails after I have paid my potion of rent/
stating that my account has been deactivation and I'm still living here.
Mattie Lomax
[Quoted text hidden]



PLAINTIFF'S
EXHIBIT
P