UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Mattie T. Lomax

                Plaintiff,

v.                                     Case No.: 1:22−cv−07277
                                            Honorable Steven C. Seeger

Richard Jardin

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 12, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: On April 11, 2023, this Court reviewed the updated application to proceed in forma pauperis, and noted some deficiencies. (Dckt. No. [19]) The Court set a deadline of April 21, 2023 to file a complete application, and file an amended complaint. Plaintiff did not meet that deadline. On May 30, 2023, Plaintiff filed a motion to "re−submit." (Dckt. No. [20]) The motion once again asks this Court to proceed without paying the filing fees, explaining that she is a retiree. And then, Plaintiff took the version of her IFP application that she filed on April 8, 2023 (Dckt. No. [16]), and then added handwriting to it, so that she now reveals when she was last employed (Dckt. No. [20], at 2 of 6). Plaintiff was last employed in 2013, so Plaintiff has not provided that information. The Court concludes that she lacks the financial resources to pay the filing fee. Even so, this Court previously issued an order on March 27, 2023, saying that it could not discern what Plaintiff is trying to do, and giving her until April 21, 2023 to submit an amended complaint. (Dckt. No. [14]) That deadline passed a month and a half ago, and Plaintiff has not filed an amended complaint. This Court previously forewarned that a failure to meet that deadline would lead to dismissal. The complaint is hereby dismissed. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.