**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Mattie T. Lomax

       Plaintiff,

v.                 Case No.: 1:22−cv−07277
                 Honorable Steven C. Seeger

Richard Jardin

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 26, 2023:

  MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion to reopen the case (Dckt. No. [27]) is hereby denied. On January 17, 2023, this Court denied the IFP application, but gave Plaintiff another chance, and granted her leave to file an amended complaint. (Dckt. No. [9]) On March 27, 2023, this Court again denied the IFP application. (Dckt. No. [14]) The Court denied the updated application on April 11, 2023 (Dckt. No. [19]), and dismissed the case on June 12, 2023 for failure to submit an amended complaint (Dckt. No. [21]). On June 20, 2023, this Court granted in part a motion to reconsider (Dckt. No. [24]), but then denied the second motion for reconsideration (Dckt. No. [26]) on July 25, 2023. The Court has gone round and round with Plaintiff, but Plaintiff has not complied with this Court's orders or submitted an IFP application that passes muster. The most recent motion includes no reason to reopen the case. The case remains closed. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.