

**Federal Rules of Appellate Procedure Form 1.  Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
Northern District of Illinoia Illinoia

File Number 1:22-cv-07277

Mattie Lomax )
)
       *Plaintiff,* )
v. )      Notice of Appeal
)
Richard Jardine/D/B/A/ Good )
Energy Holdings et al )
       *Defendant.* )

Notice is hereby given that Mattie T. Lomax , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Federal Circuit (from the final judgment) (from an order (describing it)) entered in this action on the October day of 26th , 2023.

/s/ Mattie T. Lomax

Attorney for pro see Mattie Lomax
Address: P.O. Box 21986
Chicago, IL 60621

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]

Pro Se Litigant

*See Rule 3(c) for permissible ways of identifying appellants

12/4/23, 8:25 PM    Activity in Case 1:22-cv-07277 Lomax v. Jardin order on motion to reopen case - akalomax@gmail.com - Gmail

Case: 1:22-cv-07277 Document #: 29 Filed: 12/04/23 Page 2 of 2 PageID #:240



usdc_ecf_ilnd@ilnd.uscourts.gov

Compose    Back    Archive    Spam    Delete    Mark as unread    Snooze    Add to Tasks    Move to Inbox    Labels    More

Inbox    4,960

Starred

Snoozed

Important

Chats

Sent

Drafts    213

All Mail

Spam    2,477

Trash

Categories

Social    6,841

Updates    196,132

Forums    13,206

Promotions    201,932

More

Labels

**Notice of Electronic Filing**

The following transaction was entered on 10/26/2023 at 10:44 AM CDT and filed on 10/26/2023
**Case Name:**            Lomax v. Jardin
**Case Number:**          1:22-cv-07277
**Filer:**
**WARNING: CASE CLOSED on 06/12/2023**
**Document Number:**    28

**Docket Text:**
**MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion to reopen the case (Dckt. No. [2
Court denied the IFP application, but gave Plaintiff another chance, and granted her leave to file an ame
this Court again denied the IFP application. (Dckt. No. [14]) The Court denied the updated application o1
case on June 12, 2023 for failure to submit an amended complaint (Dckt. No. [21]). On June 20, 2023, thi
(Dckt. No. [24]), but then denied the second motion for reconsideration (Dckt. No. [26]) on July 25, 2023
but Plaintiff has not complied with this Court's orders or submitted an IFP application that passes must
reopen the case. The case remains closed. Mailed notice. (jjr, )**

**1:22-cv-07277 Notice has been electronically mailed to:**

Mattie T. Lomax    akalomax@gmail.com

**1:22-cv-07277 Notice has been delivered by other means to:**

Reply    Reply all    Forward